USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/28/2026


# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 330
Garden City, N.Y. 11530
Tel: (516) 877-1234 Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Sean Constable, Esq.
Admitted in NY & MA

Offices throughout the Northeast
Toll Free: (866) 877-FELA


September 28, 2026

**APPLICATION GRANTED:** **In light of the parties' representation that they have settled this matter, the Case Management Conference previously scheduled for September 29, 2026 is hereby adjourned sine die.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

**09/28/2026**

Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: RONIQUE FLEMING V. PORT AUTHORITY TRANS HUDSON CORP.
26 Civ. 2656 (DEH(KHP)

Dear Judge Parker:

I am plaintiff's counsel in the above-entitled case scheduled for a conference tomorrow, September 29, 2026 at 2:00 PM and I write to advise that the parties have reached a settlement.

It is respectfully requested that a 60 day order be entered and request that the conference be cancelled, sine die.

Respectfully submitted,

Marc Wietzke

MW:AG
cc: Thomas Brophy, Esq.